IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CURTIS BRANDON, | ) | |
| Plaintiff, | ) | 2:02cv343 |
| | ) | Electronic Filing |
| v. | ) | |
| | ) | Judge Cercone/ |
| SGT. NAZOROVICH; BRIAN KNIGHT; | ) | Magistrate Judge Lenihan |
| KOTOMSKI; MAGILL; ABRAMS; | ) | |
| GLABB; KAREN DANNER, RN; | ) | |
| MELVIN LOCKETT; PHILIP | ) | |
| JOHNSON, Superintendent; | ) | |
| CAPT. CHARLES J. SIMPSON; | ) | |
| L. SEMETKOSKEY, formerly | ) | |
| UNNAMED FEMALE GUARD; M.J. | ) | |
| MATTHEWS; MICHAEL FERSON; LT. | ) | |
| BLAKLEY; FRED POLANDO, PA-C; | ) | |
| ROBERT S. BITNER; and THOMAS | ) | |
| L. JAMES, | ) | |
| Defendants. | ) | |

**MEMORANDUM ORDER**

The above captioned case was initiated by the filing of a Motion to Proceed *In Forma Pauperis* (doc. no. 1) on February 13, 2002, and subsequently was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

Magistrate Judge Lisa Pupo Lenihan filed a Report and Recommendation on March 12, 2009 (doc. no. 218), recommending that Defendants' Motion for Summary Judgment be granted. Plaintiff was served with the Report and Recommendation and advised that he had until March 30, 2009 to file objections to the Report and Recommendation. No objections have been filed.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this **31st** day of March, 2009;

**IT IS HEREBY ORDERED** that Defendants' Motion for Summary Judgment (doc. no. 172) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (doc. no. 218) of Magistrate Judge Lenihan dated March 12, 2009, is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this **CASE CLOSED**.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

David Stewart Cercone
United States District Judge

cc: Honorable Lisa Pupo Lenihan
United States Magistrate Judge

Curtis Brandon, DV-2954
SCI Mahanoy
301 Morea Road
Frackville, PA 17932

Mariah Passarelli, Esquire
Mary Lynch Friedline, Esquire
Office of the Attorney General
564 Forbes Avenue
6th Floor, Manor Complex
Pittsburgh , PA 15219